# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

LISA RYAN MURPHY,
ADC #760343                                                                                                        PLAINTIFF

v.                                                    1:15CV00047-JM-JTK

CLARA ROBINSON, et al.                                                                                    DEFENDANTS

### ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that Defendants Martin, Dixon, Faust, Budnick, Dykes, Allen, and Norris are DISMISSED from this action, without prejudice, for failure to state a claim upon which relief may be granted.

IT IS SO ORDERED this 28th day of April, 2015.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE