# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

LISA MURPHY,
ADC #760343                                                                                           PLAINTIFF

V.                                        1:15CV00047-JM-JTK

CLARA ROBINSON, et al.                                                                     DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that

1. Defendants' Motion to Dismiss is GRANTED.

2. Plaintiff's Complaint is DISMISSED with prejudice as frivolous.

3. Dismissal of this action constitutes a "strike" within the meaning of the Prison Litigation Reform Act (PLRA), 28 U.S.C. § 1915(g).

4. The Court certifies that an in forma pauperis appeal from an Order and Judgment dismissing this action would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 24th day of June, 2015.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE